# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: culy | Date Created: 7/26/2021 |
| Case: 21−21616−CMB | Form ID: pdf900 | Total: 21 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Maribeth Thomas | mthomas@tuckerlaw.com |
| aty | Mary Bower Sheats | Mary@mbsheatslaw.com |
| aty | S. James Wallace | ecfpeoples@grblaw.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Patrick A. Rauluk | 329 Hoffman Road   Pittsburgh, PA 15212 |
| cr | Peoples Natural Gas Company LLC | GRB Law   Frick Building   437 Grant Street, 14th Floor   Pittsburgh, PA 15219 |
| cr | Shaler Area School District | c/o Maribeth Thomas, Esquire   Tucker Arensberg, P.C.   1500 One PPG Place   Pittsburgh, PA 15222 |
| 15396956 | Capital One Bank USA | PO Box 30285   Salt Lake City, UT 84130−0285 |
| 15396955 | Capital One Bank USA | c/o Hayt Hayt & Landau   2 Industrial Way W   Eatontown, NJ 07724−2265 |
| 15394328 | First Citizens Bank | Central Bank Operations   PO Box 27131   Raleigh, NC 27611−7131 |
| 15396957 | Hayt Hayt & Landau, LLC | 2 Industrial Way W   Eatontown, NJ 07724−2265 |
| 15394329 | Internal Revenue Service | 1000 Liberty Ave Rm 713   Pittsburgh, PA 15222−4107 |
| 15394330 | Jordan Tax Service | 102 Rahway Dr   McMurray, PA 15317−3349 |
| 15394331 | One Main Financial | 3274 Babcock Blvd Ste 4   Pittsburgh, PA 15237−2811 |
| 15394333 | PNC Bank | PO Box 1820   Dayton, OH 45401−1820 |
| 15396958 | PNC Bank, NA | 1 Financial Pkwy   Kalamazoo, MI 49009−8003 |
| 15394332 | Pa Municipal Service Co | 336 Delaware Ave   Oakmont, PA 15139−2138 |
| 15394334 | Shaler Area School District | 1500 One PPG Pl   Pgh, PA 15201 |
| 15396959 | Township of Reserve | c/o Jordan Tax Service   102 Rahway Dr   McMurray, PA 15317−3349 |
| 15394335 | Tucker Arensberg | 1 Ppg Pl Ste 1500   Pittsburgh, PA 15222−5416 |

TOTAL: 16