**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| PATRICK A. RAULUK | Case No. 21-21616CMB |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| FIRST CITIZENS BANK & TRUST CO++ | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE TRUSTEE HAS BEEN INFORMED BY THE POSTAL SERVICE THAT THE ADDRESS OF THE CREDITOR IS DEFUNCT.  NO CHANGE OF ADDRESS HAS BEEN PROVIDED.

| | |
|---|---|
| FIRST CITIZENS BANK & TRUST CO++<br>ATTN LOAN SVCNG DEPT<br>POB 25187 DAC 36<br>RALEIGH, NC 27611-5187 | Court claim# 16/Trustee CID# 2 |

The Movant further certifies that on 09/17/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| | RONDA J WINNECOUR PA ID #30399 |
| | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| cc:  debtor(s) | SUITE 3250 US STEEL TWR |
|     original creditor | PITTSBURGH, PA  15219 |
|     putative creditor | (412) 471-5566 |
|     counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
|     counsel for the creditor(s) (if known) | |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| PATRICK A. RAULUK, 329 HOFFMAN ROAD, PITTSBURGH, PA  15212 | MARY BOWER SHEATS ESQ, 1195 WASHINGTON PIKE STE 325, BRIDGEVILLE, PA  15017 |
| ORIGINAL CREDITOR: | : |
| FIRST CITIZENS BANK & TRUST CO++, ATTN LOAN SVCNG DEPT, POB 25187 DAC 36, RALEIGH, NC 27611-5187 | FIRST CITIZENS BANK & TRUST CO OF NC, 100 EAST TRYON RD DAC36, RALIEGH, NC  27603 |
| NEW CREDITOR: | |
| FIRST CITIZENS BANK & TRUST CO | |