**Form 205**

<table>
<tr><td colspan="2" align="center">**UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF PENNSYLVANIA**</td><td>30 − 29<br>dric</td></tr>
</table>

In re:

                                                                                   Bankruptcy Case No.: 21−21616−CMB
                                                                                   Related to Doc. No. 29
                                                                                   Chapter: 13
                                                                                  Hearing Date: 11/10/21 at 10:00 AM

**Patrick A. Rauluk**
    Debtor(s)

### Order Setting Hearing On Objection To Plan

    **AND NOW,** this The 24th of September, 2021, **IT IS HEREBY ORDERED** that a nonevidentiary hearing will be held on the objection to plan filed on behalf of PNC Bank, National Association on 11/10/21 at 10:00 AM in https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191.

    **IT IS FURTHER ORDERED** that responses to the objection shall be filed with (i.e. must be received by) the Clerk of the Bankruptcy Court and served on the moving party and its counsel and trustee not later than 10/12/21.

                                                                                             */s/ Carlota M. Böhm*
                                                                                             Carlota M. Böhm, Judge
                                                                                             United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Patrick A. Rauluk  
    Debtor

Case No. 21-21616-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 3  
Date Rcvd: Sep 24, 2021      Form ID: 205      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick A. Rauluk, 329 Hoffman Road, Pittsburgh, PA 15212-1119 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Township of Reserve, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 15396955 | | Capital One Bank USA, c/o Hayt Hayt & Landau, 2 Industrial Way W, Eatontown, NJ 07724-2265 |
| 15398874 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15394328 | | First Citizens Bank, Central Bank Operations, PO Box 27131, Raleigh, NC 27611-7131 |
| 15396957 | + | Hayt Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 15394330 | | Jordan Tax Service, 102 Rahway Dr, McMurray, PA 15317-3349 |
| 15394332 | | Pa Municipal Service Co, 336 Delaware Ave, Oakmont, PA 15139-2138 |
| 15410247 | + | Reserve Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15394334 | + | Shaler Area School District, c/o Tucker Arensberg, 1500 One PPG Pl, Pgh, PA 15222-5416 |
| 15410246 | + | Shaler Area School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15400669 | + | Shaler Area School District, c/o Maribeth Thomas, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15396959 | | Township of Reserve, c/o Jordan Tax Service, 102 Rahway Dr, McMurray, PA 15317-3349 |
| 15394335 | + | Tucker Arensberg, 1 Ppg Pl Ste 1500, Pittsburgh, PA 15222-5413 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Sep 24 2021 23:12:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15397805 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 24 2021 23:20:55 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15396956 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 24 2021 23:21:13 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15411372 | | Email/Text: bkl@firstcitizens.com | Sep 24 2021 23:12:00 | First-Citizens Bank & Trust Company, Attn: Bankruptcy Dept, PO Box 25187, Raleigh, NC 27501-5187 |
| 15394329 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2021 23:12:00 | Internal Revenue Service, 1000 Liberty Ave Rm 713, Pittsburgh, PA 15222-4107 |
| 15394331 | | Email/PDF: cbp@onemainfinancial.com | Sep 24 2021 23:21:04 | One Main Financial, 3274 Babcock Blvd Ste 4, Pittsburgh, PA 15237-2811 |
| 15398053 | + | Email/PDF: cbp@onemainfinancial.com | Sep 24 2021 23:20:56 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15394333 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2021 23:12:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 15417370 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2021 23:12:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15396958 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-2 | User: dric | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: 205 | Total Noticed: 32 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Sep 24 2021 23:12:00 | PNC Bank, NA, 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 15404451 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2021 23:31:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15398687 + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2021 23:12:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15407787 | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2021 23:12:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15410601 | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2021 23:12:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15401995 | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2021 23:12:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15402368 + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 24 2021 23:12:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15409435 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 24 2021 23:31:34 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Shaler Area School District, c/o Maribeth Thomas, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Township of Reserve jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |

Case 21-21616-CMB    Doc 31    Filed 09/26/21    Entered 09/27/21 00:26:15    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: dric | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: 205 | Total Noticed: 32 |

Maribeth Thomas
    on behalf of Creditor Shaler Area School District mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Mary Bower Sheats
    on behalf of Debtor Patrick A. Rauluk Mary@mbsheatslaw.com mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8