**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patrick A. Rauluk<br>　　　　　　　　Debtor(s)<br><br>PNC Bank, National Association, its successors and/or assigns<br>　　　　　　　　Movant<br>　　　　v.<br>Patrick A. Rauluk<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　Respondents | BK. NO. 21-21616 CMB<br><br>CHAPTER 13<br><br>Related to Doc. No. 15, 25, 29, 30, 32, 33<br>Related to Claim No. 17 |

## CONSENT ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Consent Order:

WHEREAS, the Debtor filed a Chapter 13 Plan on July 25, 2021, proposing to pay Movant's total debt claim at an interest rate of 5.25% (Doc 15);

WHEREAS, the Chapter 13 Plan was confirmed on August 24, 2021 (Doc 25);

WHEREAS, on September 23, 2021, prior to the deadline for filing claims, PNC Bank, National Association, its successors and/or assigns ("Movant") filed a total debt Proof of Claim (Claim 17) in the amount of $18,467.01 with an interest rate of 5.75%, on the mortgage secured by Debtor's real property at 329 Hoffman Road, Pittsburgh, PA 15212;

WHEREAS, Movant filed an objection regarding the contractual interest rate proposed in the Plan (Doc 29);

WHEREAS, Debtor filed a response to Movant's Objection (Doc. 32);

WHEREAS, a hearing is scheduled for November 10, 2021 at 10:00 a.m.;

WHEREAS, the parties enter into this Stipulation to resolve the Objection to Confirmation of the Debtor's Chapter 13 Plan.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. The parties agree that Movant's total debt secured Claim 17 in the amount of $18,467.01 is to be paid in full at a 5.75% interest rate.

2. The hearing in this matter scheduled for November 10, 2021 at 10:00 a.m. is cancelled.

Consented to by:

| | |
|---|---|
| **/s/ Mary Bower Sheats** | **/s/ Maria D. Miksich** |
| Mary Bower Sheats, Esq. | Maria D. Miksich, Esq., PA ID 319383 |
| PA ID 27911 | KML Law Group, P.C. |
| 1195 Washington Pike, Ste 325 | 701 Market Street, Suite 5000 |
| Bridgeville, PA 15017 | Philadelphia, PA 19106 |
| Phone: (412) 281-7266 | Phone: (412-430-3589) |
| Email: mary@mbsheatslaw.com | Email: mmiksich@kmllawgroup.com |

It is hereby ORDERED that the parties' Consent Order be and hereby is APPROVED.

By the Court,

Dated: October 15, 2021

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
10/15/21 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA