IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Patrick A. Rauluk, | : | Bankruptcy No    21-21616 |
| | | Chapter 13 |

Ronda J. Winnecour,
Standing Chapter 13 Trustee

    Movant                                        Document No

Vs.

First Citizens Bank & Trust Co

    Respondents

### NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
    Creditor Name: First-Citizens Bank and Trust Company
    Incorrect Address: Attn: LOAN SVCNG DEPT
        POB 25187 DAC 36
        Raleigh, NC 27611-5187

Corrected Address:

    Creditor Name: First-Citizens Bank and Trust Company
    Correct Address: Attn: Bankruptcy Dept.
        PO BOX 25187
        Raleigh, NC 27611-5187

Date: 10/25/2021                                                                    First-Citizens Bank & Trust Company

                                                                                   By: /s/ Shaina Tyler
                                                                                      Shaina Tyler
                                                                                      Default Analyst
                                                                                   First-Citizens Bank & Trust Company
                                                                                  Post Office Box 25187
                                                                                   Raleigh, NC 27611-5187
                                                                                  1-866-676-7456