Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Patrick A. Rauluk**  :  Case No. 21−21616−CMB
*Debtor(s)*  :  Chapter: 13
:
:
:
:
:
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

     *AND NOW,* this *The 6th of February, 2023,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-21616-CMB
Patrick A. Rauluk     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Feb 06, 2023     Form ID: 309     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick A. Rauluk, 329 Hoffman Road, Pittsburgh, PA 15212-1119 |
| cr | + | Township of Reserve, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 15396955 | + | Capital One Bank USA, c/o Hayt Hayt & Landau, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 15394328 | | First Citizens Bank, Central Bank Operations, PO Box 27131, Raleigh, NC 27611-7131 |
| 15396957 | + | Hayt Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 15394330 | | Jordan Tax Service, 102 Rahway Dr, McMurray, PA 15317-3349 |
| 15394332 | | Pa Municipal Service Co, 336 Delaware Ave, Oakmont, PA 15139-2138 |
| 15410247 | + | Reserve Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15394334 | + | Shaler Area School District, c/o Tucker Arensberg, 1500 One PPG Pl, Pgh, PA 15222-5416 |
| 15410246 | + | Shaler Area School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15400669 | + | Shaler Area School District, c/o Maribeth Thomas, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15396959 | | Township of Reserve, c/o Jordan Tax Service, 102 Rahway Dr, McMurray, PA 15317-3349 |
| 15394335 | + | Tucker Arensberg, 1 Ppg Pl Ste 1500, Pittsburgh, PA 15222-5413 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Feb 06 2023 23:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/Text: bkl@firstcitizens.com | Feb 06 2023 23:40:00 | First Citizens Bank, Attn: Bankruptcy Dept, P.O. Box 25187, Raleigh, NC 27611-5187 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 06 2023 23:40:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | | EDI: Q3G.COM | Feb 07 2023 04:39:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15397805 | | EDI: CAPITALONE.COM | Feb 07 2023 04:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15396956 | | EDI: CAPITALONE.COM | Feb 07 2023 04:39:00 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15398874 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 06 2023 23:40:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15411372 | | Email/Text: bkl@firstcitizens.com | Feb 06 2023 23:40:00 | First-Citizens Bank & Trust Company, Attn: Bankruptcy Dept, PO Box 25187, Raleigh, NC 27501-5187 |
| 15394329 | | EDI: IRS.COM | Feb 07 2023 04:39:00 | Internal Revenue Service, 1000 Liberty Ave Rm 713, Pittsburgh, PA 15222-4107 |
| 15394331 | | EDI: AGFINANCE.COM | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Feb 07 2023 04:39:00 | One Main Financial, 3274 Babcock Blvd Ste 4, Pittsburgh, PA 15237-2811 |
| 15398053 | + | EDI: AGFINANCE.COM | Feb 07 2023 04:39:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15394333 |  | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2023 23:39:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 15417370 |  | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2023 23:39:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15396958 |  | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2023 23:39:00 | PNC Bank, NA, 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 15404451 |  | EDI: PRA.COM | Feb 07 2023 04:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15398687 | + | EDI: JEFFERSONCAP.COM | Feb 07 2023 04:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15407787 |  | EDI: Q3G.COM | Feb 07 2023 04:39:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15410601 |  | EDI: Q3G.COM | Feb 07 2023 04:39:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15401995 |  | EDI: Q3G.COM | Feb 07 2023 04:39:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15402368 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 06 2023 23:40:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15409435 |  | EDI: AIS.COM | Feb 07 2023 04:39:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Shaler Area School District, c/o Maribeth Thomas, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15425919 | *P++ | FIRST CITIZENS BANK TRUST COMPANY, P O BOX 25187, RALEIGH NC 27611-5187, address filed with court:, First-Citizens Bank & Trust Company, Attn: Bankruptcy Dept, P O Box 25187, Raleigh, NC 27611-5187 |
| 15443147 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023                    Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Reserve jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maribeth Thomas | on behalf of Creditor Shaler Area School District mthomas@tuckerlaw.com maribeth.thomas@gmail.com |
| Mary Bower Sheats | on behalf of Debtor Patrick A. Rauluk Mary@mbsheatslaw.com mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8