**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| PATRICK A. RAULUK | Case No.:21-21616 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

     1.  The case was filed on 07/15/2021  and confirmed on 08/24/2021 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

     2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 22,651.47 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 22,646.47 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,095.64 | |
|     Trustee Fee | 636.66 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,732.30 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4R58 | | | | |
|   PA MUNICIPAL SERVICE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4R58 | | | | |
|   SHALER ASD (RESERVE) (RE) | 19,171.30 | 900.84 | 953.33 | 1,854.17 |
|     Acct: 4R58 | | | | |
|   RESERVE TOWNSHIP (RE) | 1,138.86 | 53.52 | 52.36 | 105.88 |
|     Acct: 4R58 | | | | |
|   SHALER ASD (RESERVE) (RE) | 7,532.87 | 472.14 | 0.00 | 472.14 |
|     Acct: 4R58 | | | | |
|   RESERVE TOWNSHIP (RE) | 311.67 | 19.53 | 0.00 | 19.53 |
|     Acct: 4R58 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F ( | 10,705.99 | 4,045.07 | 624.30 | 4,669.37 |
|     Acct: 7016 | | | | |
|   FIRST CITIZENS BANK & TRUST CO | 18,214.14 | 4,363.91 | 1,152.28 | 5,516.19 |
|     Acct: 7742 | | | | |
|   PNC BANK NA | 18,467.01 | 4,212.76 | 1,273.13 | 5,485.89 |
|     Acct: 2560 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 18,123.17 |
| **Priority** | | | | |
| MARY BOWER SHEATS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATRICK A. RAULUK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATRICK A. RAULUK | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARY BOWER SHEATS ESQ | 4,000.00 | 3,095.64 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,831.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9238 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| ECMC(*) | 0.00 | 791.00 | 0.00 | 791.00 |
| Acct: 9238 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 824.56 | 0.00 | 0.00 | 0.00 |
| Acct: 8889 | | | | |
| CAPITAL ONE BANK USA NA | 1,283.93 | 0.00 | 0.00 | 0.00 |
| Acct: 4320 | | | | |
| HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0310 | | | | |
| TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 1,124.97 | 0.00 | 0.00 | 0.00 |
| Acct: 7889 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 1,145.42 | 0.00 | 0.00 | 0.00 |
| Acct: 5976 | | | | |
| QUANTUM3 GROUP LLC - AGENT GENES | 202.79 | 0.00 | 0.00 | 0.00 |
| Acct: 9667 | | | | |
| QUANTUM3 GROUP LLC - AGENT GENES | 282.90 | 0.00 | 0.00 | 0.00 |
| Acct: 2925 | | | | |
| INTERNAL REVENUE SERVICE* | 86.33 | 0.00 | 0.00 | 0.00 |
| Acct: 9238 | | | | |
| THE BANK OF MISSOURI D/B/A FORTIVA | 252.69 | 0.00 | 0.00 | 0.00 |
| Acct: 5950 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR SA | 1,431.22 | 0.00 | 0.00 | 0.00 |
| Acct: 7923 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 190.64 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR SA | 1,648.37 | 0.00 | 0.00 | 0.00 |
| Acct: 1376 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 791.00 |

TOTAL PAID TO CREDITORS                                                   18,914.17

TOTAL CLAIMED
PRIORITY              1,831.00
SECURED             75,541.84
UNSECURED            8.473.82

Date: 03/08/2023                                      /s/ Ronda J. Winnecour

                                                      RONDA J WINNECOUR PA ID #30399
                                                      CHAPTER 13 TRUSTEE WD PA
                                                      600 GRANT STREET
                                                      SUITE 3250 US STEEL TWR
                                                      PITTSBURGH, PA  15219
                                                      (412) 471-5566
                                                      cmecf@chapter13trusteewdpa.com